**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Richard FEDERMANN, Defendant-**
**Appellant.**

No. 05-50615.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided July 5, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff-Appellee.

---

Terrence W. Kirk, Law Office of Terrence W. Kirk, Austin, TX, for Defendant–Appellant.

Before REAVLEY, STEWART and OWEN, Circuit Judges.

PER CURIAM: *

Richard Federmann appeals the 546–month sentence imposed following his guilty-plea conviction of possession with intent to distribute heroin, distribution of heroin to a person under 21 years of age, and aiding and abetting. He contends that the sentence, which exceeded the guideline range of 262 to 327 months of imprisonment, was unreasonable. He argues that the district court failed to properly articulate reasons for the sentence and improperly considered his age in determining the sentence.

We review the sentence for reasonableness. *See United States v. Mares,* 402 F.3d 511, 520 (5th Cir.), *cert. denied,* —— U.S. ——, 126 S.Ct. 43, 163 L.Ed.2d 76 (2005). The district court considered the Sentencing Guidelines, the sentencing factors set forth in 18 U.S.C. § 3553(a), and thoroughly articulated the reasons for imposing a non-Guidelines sentence in this case. *See United States v. Smith,* 440 F.3d 704, 707 (5th Cir.2006). A review of those reasons shows that the district court did not fail to account for a sentencing factor that should have received significant weight, did not give significant weight to an irrelevant or improper factor, nor was the sentence imposed the result of clear error in balancing the sentencing factors.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

*Id.* at 708. Accordingly, the judgment is AFFIRMED.

Patrick MOZEE, Plaintiff–Appellant,

v.

Unidentified CROWLEY, Lieutenant; Henry Reece, Sergeant; David Stacks, Senior Warden; Unidentified Compeau, Officer; John Ruperi, Warden; Anecia Ross, Correctional Officer III; Tacoma Jefferson, Correctional Officer III; Charles Brannan, Correctional Officer III; Michael Downs, Correctional Officer IV; Officer Randy McBain, Correctional Officer IV; Norris Jordan, Lieutenant; Dwayne Dewberry, Major; Lieutenant William D. Gaddis, Jr., Captain; Bruce Roseberry, Captain, Defendants–Appellees.

No. 05–40438.

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided July 5, 2006.

Patrick Mozee, Tennessee Colony, TX, pro se.

Before BARKSDALE, STEWART, and CLEMENT, Circuit Judges.

published and is not precedent except under

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.